**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No.: 9:26-cv-81196-ARTAU**

PLASMATICA, LTD. and ROSTAN MEDICAL, INC.,

Plaintiffs,

v.

MEDTRONIC, INC.,

Defendant

**AGREED MOTION FOR EXTENSIONS OF TIME REGARDING PLAINTIFFS' COMPLAINT**

Plaintiffs Plasmatica, Ltd. and Rostan Medical, Inc. (collectively, "Plaintiffs" or "Plasmatica"), by and through their undersigned counsel, and with the consent of Defendant Medtronic, Inc. ("Defendant" or "Medtronic"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby move for an extension of time, through and including November 30, 2026, for Medtronic to respond to the Complaint. (ECF No. 1.) Plaintiffs in turn request, with the consent of Medtronic, that if Medtronic files a motion challenging the Complaint, Plaintiffs be permitted twenty-eight (28) days beyond the otherwise applicable deadline to file their opposition. In support thereof, the Plaintiffs state as follows:

1. On September 18, 2026, Plaintiffs initiated the above-captioned action in the United States District Court, Southern District of Florida. (ECF No. 1.)

2. Medtronic's deadline to answer or otherwise respond to the Complaint is currently October 14, 2026.

3. On October 2, 2026, Medtronic requested a new response deadline to retain counsel and to gather facts and information necessary to respond to the Complaint. Plaintiffs indicated their willingness to agree to an extension if Plaintiffs are provided additional time to respond to any motion challenging the Complaint.

4. On October 9, 2026, the parties agreed to a forty-five (45) day extension for Medtronic to respond to the Complaint, provided that if Medtronic files a motion challenging the Complaint, Plaintiffs receive twenty-eight (28) days beyond the otherwise applicable deadline to file an opposition to the motion.

5. The requested extension is made in good faith, for good cause shown, and will not unduly delay or prejudice any party.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant the Motion, extend Defendant Medtronic, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint through and including November 30, 2026, and grant Plaintiffs twenty-eight (28) days beyond the otherwise applicable deadline to file their opposition to any motion challenging the Complaint.

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(3) of the United States District Court for the Southern District of Florida, counsel for Plaintiffs certifies that Medtronic consents to the relief requested in this motion.

Dated: October 13, 2026

Respectfully submitted,

/s/*Alaina Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz, Esq.
Florida Bar No. 84179
Brodsky Fotiu-Wojtowicz, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 503-5054
Facsimile: (786) 749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

Stephen W. Larson (*Pro Hac Vice*)
California Bar No. 240844
Nefi R. Oliva (*Pro Hac Vice*)
California Bar No. 342986
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 721-5301
Stephen.Larson@knobbe.com
Nefi.Oliva@knobbe.com

Adam B. Powell (*Pro Hac Vice*)
California Bar No. 272725
Knobbe, Martens, Olson & Bear, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 707-4000
Adam.Powell@knobbe.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on October 13, 2026, on all counsel or parties of record on the Service List below.

/s/_*Alaina Fotiu-Wojtowicz*
Alaina Fotiu-Wojtowicz, Esq.

**SERVICE LIST**

Mark L. Blake
Head of IP Litigation | Legal Medtronic
5290 California Ave | Irvine, CA, 92617 | U.S.
Mobile 949.315.6996
mark.l.blake@medtronic.com
*Served via email only*